**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Silla Automotive, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Radiator Classic<br>DBA  Shepherd Auto Parts<br>DBA  Genesis Auto Parts<br>DBA  Vista Auto Parts<br>DBA  Silla Cooling Systems<br>DBA  Silla Imports<br>DBA  Silla Radiator<br>DBA  RadiatorClassic.com<br>DBA  Silla Fuel Systems<br>DBA  Silla Gas Tanks<br>FDBA  Adison Automotive<br>FDBA  Adison Radiator** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-8919311** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1217 W. Artesia Blvd.**<br>**Compton, CA 90220**<br>Number, Street, City, State & ZIP Code | **21143 Hawthorne Blvd., #121**<br>**Torrance, CA 90503**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **http://www.sillaauto.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Silla Automotive, LLC**                                                          Case number (*if known*) _____
          Name

---

**7.**  **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4413

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Silla Automotive, LLC**    Case number (*if known*) _____
_____
Name

---

**11.  Why is the case filed in**     *Check all that apply:*
       ***this district?***

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
     preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**       ■ No
       **have possession of any**
       **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**
                                       **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                       ☐ Other _____

                                       **Where is the property?** _____
                                                                   Number, Street, City, State & ZIP Code

                                       **Is the property insured?**

                                       ☐ No

                                       ☐ Yes.    Insurance agency _____

                                                 Contact name _____

                                                 Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13.  Debtor's estimation of**   .    *Check one:*
       **available funds**
                                       ☐ Funds will be available for distribution to unsecured creditors.

                                       ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
       **creditors**          ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                              ■ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                              ☐ 200-999

---

**15.  Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                           ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                           ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                           ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000     ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    **Silla Automotive, LLC**                                          Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 8, 2017**
               MM / DD / YYYY

**X** **/s/ Tom Hseun** _____        **Tom Hseun** _____
Signature of authorized representative of debtor        Printed name

Title    **Manager** _____

**18. Signature of attorney**

**X** **/s/ James R. Selth** _____        Date    **April 8, 2017**
Signature of attorney for debtor                                    MM / DD / YYYY

**James R. Selth** _____
Printed name

**Weintraub & Selth, APC** _____
Firm name

**11766 Wilshire Boulevard**
**Suite 1170**
**Los Angeles, CA 90025** _____
Number, Street, City, State & ZIP Code

Contact phone    **(310) 207-1494**        Email address _____

**123420** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Silla Automotive, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 8, 2017**      X **/s/ Tom Hseun**
                                 Signature of individual signing on behalf of debtor

                                 **Tom Hseun**
                                 Printed name

                                 **Manager**
                                 Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Ningbo, China**                               , California.

Date:   **April 8, 2017**

**/s/ Tom Hseun**

**Tom Hseun**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name __**Silla Automotive, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................   $ ____595,584.53

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................   $ ____595,584.53

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ ____113,415.37

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ ____68,999.47

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$ ____9,963,168.97

4.   Total liabilities .............................................................................................................
   Lines 2 + 3a + 3b                                                                         $ ____10,145,583.81

**Fill in this information to identify the case:**

Debtor name   **Silla Automotive, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **Checking** | **2509** | $13,730.65 |
| 3.2. | **East West Bank** | **Checking** | **2517** | $0.00 |
| 3.3. | **East West Bank** | **Checking** | **2525** | $0.00 |
| 3.4. | **East West Bank** | **Checking** | **2533** | $0.00 |
| 3.5. | **Bank of America** | **Checking** | **1657** | $13,400.15 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | **PayPal accounts in names of Debtor DBAs** | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Silla Automotive, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$27,130.80**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:    42,609.00    -    13,448.51    = ....    **$29,160.49**

face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$29,160.49**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                          % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | **Ownership of Uni Auto Parts LLC** | **100** % | | **Unknown** |
| 15.2. | **Ownership of Sky Automotive Parts LLC** | **100** % | | **Unknown** |
| 15.3. | **Ownership of Astro Auto Parts LLC** | **100** % | | **Unknown** |
| 15.4. | **Ownership of Florence Auto Parts LLC** | **100** % | | **Unknown** |
| 15.5. | **Ownership of Imperial Auto Parts LLC** | **100** % | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Silla Automotive, LLC**                                    Case number *(If known)* _____
          Name

| | | | | | |
|---|---|---|---|---|---|
| 15.6. | **Ownership of Avalon Auto Parts LLC** | **100** | % | | **Unknown** |
| 15.7. | **Ownership of QX Auto Parts LLC** | **100** | % | | **Unknown** |
| 15.8. | **Ownership of Art Auto Parts, LLC** | **100** | % | | **Unknown** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                                    | **$0.00** |

        Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**     Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** See attached summary list.  Inventory is located at Debtor locations at: 1) 1217 W. Artesia Blvd., Compton, CA 90220 (LA) 2) 5199 Brooks St. #G. Montclair, CA 91763 (MT) 3) 1616 Industrial Blvd #106. Chula Vista, CA 91911 (SD) and held on consignment at 4) JLC Automotive Warehouse Inc., 11 Carter St., Buffalo, NY 14220 (BA) | | | | |
| **Value for liquidation estimated at 50% of cost** | **3/2017** | **$868,944.48** | **Recent cost** | **$434,472.24** |
| 22. **Other inventory or supplies** **Boxes** | | **$0.00** | | **Unknown** |

Section 21. Inventory

| Part Type | Total Qty | Total Amount |
|---|---|---|
| AIR FILTER KIT | 492 | $ 9,565.76 |
| CABIN AIR FILTER | 122 | $ 165.32 |
| CONDENSER | 3193 | $ 98,579.79 |
| CV AXLE | 44 | $ 1,275.46 |
| DOOR MIRROR | 748 | $ 16,007.50 |
| EVAPORATOR | 47 | $ 956.27 |
| EXHAUST MUFFLER | -16 | $ (787.79) |
| EXHAUST TIP | -34 | $ (265.31) |
| FAN ASSEMBLY | 187 | $ 5,323.49 |
| FILLER NECKS | 434 | $ 7,601.06 |
| FUEL PUMP | 1604 | $ 18,007.53 |
| FUEL PUMP MODULE | 221 | $ 8,045.55 |
| FUEL STRAINER | 6692 | $ 3,070.19 |
| GAS TANK | 860 | $ 40,459.53 |
| HEATER CORE | 15 | $ 886.61 |
| HID LIGHT ASSEMBLY | 42 | $ 863.24 |
| IGNITION COIL | 934 | $ 7,246.00 |
| LOCK RINGS | 89 | $ 255.60 |
| OIL PAN | 413 | $ 10,086.04 |
| OUTSIDE DOOR HANDLE | 4060 | $ 28,594.45 |
| RADIATOR | 13916 | $ 589,620.20 |
| SENDING UNITS | 347 | $ 15,258.93 |
| STRAP | 514 | $ 3,282.95 |
| WATER PUMP | 268 | $ 3,834.37 |
| WINDOW REGULATOR | 77 | $ 1,011.75 |
|  |  |  |
| Grand Total | 35269 | $ 868,944.48 |

| Debtor | **Silla Automotive, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | Net book value | Current Value |
|---|---|---|
| **Defective returns, some scrap, some not processed** | $0.00 | Unknown |
| **Returned items which need to be reboxed** | $0.00 | Unknown |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    $434,472.24

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    - ☑ No.  Go to Part 7.
    - ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    - ☐ No.  Go to Part 8.
    - ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **39 large file cabinets** | $0.00 | | Unknown |
| **5 small file cabinets** | $0.00 | | Unknown |
| **Large Safe** | $0.00 | | Unknown |
| **87 Desks** | $0.00 | | Unknown |
| **60 Chairs** | $0.00 | | Unknown |
| 40. **Office fixtures** **475 Pallet rack upright frames** | Unknown | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Silla Automotive, LLC**                                          Case number *(If known)* _____
            <sub>Name</sub>

| | | | |
|---|---|---|---|
| **2954 Pallet Rack Cross Beams** | **Unknown** | | **Unknown** |
| **2614 Wire Decks** | **$0.00** | | **Unknown** |
| **21 Small pallet rack upright frames** | **$0.00** | | **Unknown** |

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **124 computers** | **$0.00** | | **Unknown** |
| **154 computer monitors** | **$0.00** | | **Unknown** |
| **32 All in one desktop printers** | **$0.00** | | **Unknown** |
| **9 Canon printers** | **$0.00** | | **Unknown** |
| **2 laptops** | **$0.00** | | **Unknown** |
| **9 trend net cameras** | **$0.00** | | **Unknown** |
| **Stamp machine** | **$0.00** | | **Unknown** |
| **20 Data Printers** | **$0.00** | | **Unknown** |
| **25 phones** | **Unknown** | | **Unknown** |
| **50 Security Cameras** | **$0.00** | | **Unknown** |
| **Camera for Online** | **$0.00** | | **Unknown** |
| **15 Servers** | **$0.00** | | **Unknown** |
| **7 Phone switches** | **$0.00** | | **Unknown** |
| **Phone Server** | **$0.00** | | **Unknown** |
| **10 Network Switches** | **$0.00** | | **Unknown** |
| **Fire Wall** | **$0.00** | | **Unknown** |
| **4 Server Batteries** | **$0.00** | | **Unknown** |
| **1242 Lunch Cards $5.00-10.00 each** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Silla Automotive, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, and crystal; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                | **$0.00** |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2012 Ford Transit Connect, 72,109 miles**<br>**Located at Compton premises** | $0.00 | N/A | $5,457.00 |
| 47.2.    **2012 Ford Transit, 43,945 miles**<br>**Located at Compton premises** | $0.00 | | $7,219.00 |
| 47.3.    **2012 Ford Transit, 134,105 miles**<br>**Located at Compton premises** | $0.00 | | $2,334.00 |
| 47.4.    **2012 Ford Transit, 111,185 miles**<br>**Located at Compton premises** | $0.00 | | $3,350.00 |
| 47.5.    **2011 Ford Transit Connect, 101,576 miles**<br>**Located at Compton premises** | $0.00 | | $3,516.00 |
| 47.6.    **2012 Ford Transit Connect, 80,039 miles**<br>**Located at Compton premises** | $0.00 | | $5,005.00 |
| 47.7.    **2012 Ford Transit Connect, 84,764 miles**<br>**Located at Compton premises** | $0.00 | | $4,764.00 |
| 47.8.    **2012 Ford Fiesta, 37,308 miles**<br>**Located at Compton premises** | $0.00 | | $3,186.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Silla Automotive, LLC**                                                             Case number *(If known)*
          Name

| | | | |
|---|---|---|---|
| 47.9. | **2012 Ford Fiesta, 39,729 miles**<br>**Located at Compton premises** | $0.00 | $3,101.00 |
| 47.10. | **2013 Ford Focus, 59,229 miles**<br>**Located at Compton premises** | $0.00 | $4,501.00 |
| 47.11. | **2005 Infinity QX45, 106,429 miles**<br>**Located at Compton premises** | $0.00 | $6,377.00 |
| 47.12. | **2014 Toyota Prius, 40,395 miles**<br>**Located at Compton premises** | $0.00 | $15,764.00 |
| 47.13. | **2004 Hino Truck, 424,419 miles**<br>**Located at Compton premises** | $0.00 | $7,500.00 |
| 47.14. | **2013 Ford Transit Connect, 81,094 miles**<br>**Located at San Diego premises** | $0.00 | $5,248.00 |
| 47.15. | **2014 Ford Transit Connect, 83,497 miles**<br>**Located at San Diego premises** | $0.00 | $6,334.00 |
| 47.16. | **2012 Ford Fiesta, 68,111 miles**<br>**Located at San Diego premises** | $0.00 | $2,362.00 |
| 47.17. | **2013 Ford Transit Connect, 85,636 miles**<br>**Located at Montclair premises** | $0.00 | $4,995.00 |
| 47.18. | **2014 Ford Transit Connect, 67,235 miles**<br>**Located at Montclair premises** | $0.00 | $7,583.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **10 forklifts** | $0.00 | Unknown |
| **5 Stock chasers** | $0.00 | Unknown |
| **10 pallet jacks** | $0.00 | Unknown |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | |
    |---|
    | **$98,596.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Silla Automotive, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 9:        **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Part 10:        **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Part 11:        **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|         **1245 Subway and Domino's lunch cards ($5-10 each)** | **$6,225.00** |

| 78.    **Total of Part 11.** | **$6,225.00** |
|---|---|
|         Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Silla Automotive, LLC**                                              Case number *(If known)*
           Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,130.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,160.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $434,472.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $98,596.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,225.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $595,584.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $595,584.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Silla Automotive, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1** | **Ally Financial**
Creditor's Name

**P.O. Box 78234
Phoenix, AZ 85062-8234**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
901I**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2012 Ford Transit, 43,945 miles
Located at Compton premises**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$4,753.31**    Column B: **$7,219.00**

---

**2.2** | **Ally Financial**
Creditor's Name

**P.O. Box 78234
Phoenix, AZ 85062-8234**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
301I**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2013 Ford Transit Connect, 85,636 miles
Located at Montclair premises**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$6,868.42**    Column B: **$4,995.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Silla Automotive, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | | **$7,694.00** | **$7,583.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2014 Ford Transit Connect, 67,235 miles**
**Located at Montclair premises**

**P.O. Box 78234**
**Phoenix, AZ 85062-8234**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**001I**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Ally Financial** | | **$7,309.00** | **$6,334.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2014 Ford Transit Connect, 83,497 miles**
**Located at San Diego premises**

**P.O. Box 78234**
**Phoenix, AZ 85062**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**001I**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Dell Financial Services** | | **$26,459.64** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Computers**

**P.O. Box 5292**
**Carol Stream, IL**
**60197-5292**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Silla Automotive, LLC**                                Case number (if know) _____
_____
Name

**Is anyone else liable on this claim?**

**Date debt was incurred**                    ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1008**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.6 | **Enterprise FM Trust** | Describe debtor's property that is subject to a lien | **Unknown** | **$15,764.00** |
|---|---|---|---|---|

Creditor's Name
**P.O. Box 800089**                          **2014 Toyota Prius, 40,395 miles**
**Kansas City, MO**                          **Located at Compton premises**
**64180-0089**

Creditor's mailing address                   **Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known           ☐ Yes
_____
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3207**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
☐ No                                          ☐ Contingent
■ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.
**1. Enterprise FM Trust**
**2. Enterprise FM Trust**

---

| 2.7 | **Enterprise FM Trust** | Describe debtor's property that is subject to a lien | **$639.00** | **$15,764.00** |
|---|---|---|---|---|

Creditor's Name
**P.O. Box 800089**                          **2014 Toyota Prius, 40,395 miles**
**Kansas City, MO**                          **Located at Compton premises**
**64180-0089**

Creditor's mailing address                   **Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known           ☐ Yes
_____
                                             **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
☐ No                                          ☐ Contingent
■ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.
**Specified on line 2.6**

---

| 2.8 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | **$7,031.00** | **$5,457.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Silla Automotive, LLC**                                          Case number (if know) _____
_____Name_____

| Creditor's Name | **2012 Ford Transit Connect, 72,109 miles** |
|---|---|

**P.O. Box 542000
Omaha, NE 68154**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $4,095.00 | $2,334.00 |
|---|---|---|---|---|

Creditor's Name

**2012 Ford Transit, 134,105 miles
Located at Compton premises**

**P.O. Box 542000
Omaha, NE 68154**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 0 | **Ford Motor Credit** | **Describe debtor's property that is subject to a lien** | $3,973.00 | $3,350.00 |
|---|---|---|---|---|

Creditor's Name

**2012 Ford Transit, 111,185 miles
Located at Compton premises**

**P.O. Box 542000
Omaha, NE 68154**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 8

Debtor    **Silla Automotive, LLC**                                         Case number (if know) _____
           Name

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

---

| 2.1 1 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $6,559.00 | $3,516.00 |
|---|---|---|---|---|

**Ford Motor Credit**
Creditor's Name

Describe debtor's property that is subject to a lien
**2011 Ford Transit Connect, 101,576 miles
Located at Compton premises**

**P.O. Box 542000
Omaha, NE 68154**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $6,727.00 | $5,005.00 |
|---|---|---|---|---|

**Ford Motor Credit**
Creditor's Name

Describe debtor's property that is subject to a lien
**2012 Ford Transit Connect, 80,039 miles
Located at Compton premises**

**P.O. Box 542000
Omaha, NE 68154**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $7,503.00 | $4,764.00 |
|---|---|---|---|---|

**Ford Motor Credit**
Creditor's Name

Describe debtor's property that is subject to a lien
**2012 Ford Transit Connect, 84,764 miles
Located at Compton premises**

**P.O. Box 542000
Omaha, NE 68154**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Silla Automotive, LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | **$2,286.00** | **$3,186.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2012 Ford Fiesta, 37,308 miles**
**Located at Compton premises**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | **$2,317.00** | **$3,101.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 542000**
**Omaha, NE 68154**

Creditor's mailing address

**2012 Ford Fiesta, 39,729 miles**
**Located at Compton premises**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Silla Automotive, LLC**                                    Case number (if known) _____
              Name

---

**2.1 6**

**Ford Motor Credit**
Creditor's Name

**P.O. Box 542000**
**Omaha, NE 68154**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien         $7,430.00         $4,501.00
**2013 Ford Focus, 59,229 miles**
**Located at Compton premises**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 7**

**Ford Motor Credit**
Creditor's Name

**P.O. Box 542000**
**Omaha, NE 68154**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien         $9,419.00         $5,248.00
**2013 Ford Transit Connect, 81,094 miles**
**Located at San Diego premises**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 8**

**Ford Motor Credit**
Creditor's Name

**P.O. Box 542000**
**Omaha, NE 68154**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien         $2,352.00         $2,362.00
**2012 Ford Fiesta, 68,111 miles**
**Located at San Diego premises**

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Silla Automotive, LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$113,415.37** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dell Financial Services** P.O. Box 81577 Austin, TX 78708-1577 | Line  **2.5** | |
| **Ford Credit** **National Bankruptcy Service Center** P.O. Box 6275 Dearborn, MI 48121 | Line  **2.10** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Silla Automotive, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Bexar County Tax<br>Assessor-Collector<br>233 N. Pecos La Trinidad<br>San Antonio, TX 78207-3175** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,395.00 | $7,395.00 |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**City of Hawthorne<br>4455 W. 126th St.<br>Hawthorne, CA 90250** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $435.00 | $435.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**City of Sacramento**
**915 I St., Room 1214**
**Sacramento, CA 95814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,295.28 | $4,295.28 |
|---|---|---|---|---|

**Dallas County Tax Office**
**2777 N. Stemmons Freeway**
**Suite 1000**
**Dallas, TX 75207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number **9800**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,013.02 | $5,013.02 |
|---|---|---|---|---|

**Dekalb County Tax Commissioner**
**4380 Memorial Dr., Suite 100**
**Decatur, GA 30032**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number **3305**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,778.61 | $7,778.61 |
|---|---|---|---|---|

**Franchise Tax Board**
**Attention: Bankruptcy**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Silla Automotive, LLC** |
| | Name |
| | Case number (if known) |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,797.88 | $1,797.88 |
|---|---|---|---|---|

**Harlingen Tax Office**
**35 Providencia Court**
**Brownsville, TX 78526**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number **9206**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,121.02 | $5,121.02 |
|---|---|---|---|---|

**Harris County Tax Office**
**P.O. Box 3064**
**Houston, TX 77253**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number **0000**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,754.00 | $10,754.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**P.O. Box 54018**
**Los Angeles, CA 90051-4818**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,725.00 | $10,725.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**P.O. Box 54018**
**Los Angeles, CA 90051-4818**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address
**New Jersey Dept. of Labor**
**Division of Employee Accounts**
**P.O. Box 059**
**Trenton, NJ 08646-0059**

As of the petition filing date, the claim is:     **$123.95**     **$123.95**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**North Carolina Secretary of State**
**P.O. Box 29622**
**Raleigh, NC 27626-0622**

As of the petition filing date, the claim is:     **Unknown**     **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Ohio Department of Taxation**
**Bankruptcy Division**
**30 E. Broad St., 21st floor**
**Columbus, OH 43215**

As of the petition filing date, the claim is:     **$300.00**     **$300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Oklahoma County Treasurer**
**P.O. Box 268875**
**Oklahoma City, OK 73126-8875**

As of the petition filing date, the claim is:     **$2,070.99**     **$2,070.99**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Silla Automotive, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Oklahoma Secretary of State**
**421 N.W. 13th St., Suite 210**
**Oklahoma City, OK 73103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,038.04** | **$2,038.04** |
|---|---|---|---|---|

**Oklahoma Tax Commission**
**P.O. Box 26920**
**Oklahoma City, OK 73126-0920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/2017**

Basis for the claim:
**Tax Warrant**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$110.00** | **$110.00** |
|---|---|---|---|---|

**Orange County Tax Collector**
**P.O. Box 1438**
**Santa Ana, CA 92702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Property Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,230.00** | **$10,230.00** |
|---|---|---|---|---|

**Property Assessor Nashville**
**County**
**P.O. Box 196305**
**Nashville, TN 37219-6305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $451.63 | $451.63 |
|---|---|---|---|---|
| | **Shelby County Assessor of Property**<br>**1075 Mullins Station Road**<br>**Memphis, TN 38134-7725** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **State of Michigan**<br>**Dept. of Licensing and Reg. Affairs**<br>**P.O. Box 30057**<br>**Lansing, MI 48909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **State of Nevada Secretary of State**<br>**202 N. Carson St.**<br>**Carson City, NV 89701-4201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $311.05 | $311.05 |
|---|---|---|---|---|
| | **State of Ohio**<br>**6245 Emerald Parkway, Suite B**<br>**Dublin, OH 43016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3575** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Silla Automotive, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1**

**Nonpriority creditor's name and mailing address**
**1330 Livingston Ave., Inc.**
**409 Joyce Kilmer Ave.**
**New Brunswick, NJ 08901-3363**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2**

**Nonpriority creditor's name and mailing address**
**1and1.com**
**701 Lee Road**
**Chesterbrook, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number  **1021**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Web Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3**

**Nonpriority creditor's name and mailing address**
**Amazon.com**
**P.O. Box 81226**
**Seattle, WA 98108-1226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overdrawn account**

Is the claim subject to offset? ■ No ☐ Yes

**$914.00**

---

**3.4**

**Nonpriority creditor's name and mailing address**
**American Tire & Brake**
**4501 El Cajon Blvd.**
**San Diego, CA 92115**

Date(s) debt was incurred  **8/2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Small claims lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.5**

**Nonpriority creditor's name and mailing address**
**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **8283**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MPLS**

Is the claim subject to offset? ■ No ☐ Yes

**$8,723.22**

---

**3.6**

**Nonpriority creditor's name and mailing address**
**AT&T**
**P.O. Box 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred _

Last 4 digits of account number  **9033**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **T1 Internet Line**

Is the claim subject to offset? ■ No ☐ Yes

**$1,241.60**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**AT&T**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number  **2184**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cell Phone**

Is the claim subject to offset? ■ No ☐ Yes

**$2,265.91**

---

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$777.32**

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **PRI Line**

Last 4 digits of account number  **7920**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Alarm Line**

Last 4 digits of account number  **7411**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,265.91**

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cell phone service**

Last 4 digits of account number  **4710**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.47**

Azusa Light & Water
P.O. Box 7030
Artesia, CA 90702-7030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **7302**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Barbob Properties LLC
1282 Pangburn Rd.
Schenectady, NY 12306-5853

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,724.00**

Berkshire Hathaway
P.O. Box 844501
Los Angeles, CA 90084-4501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Workers Compensation Insurance**

Last 4 digits of account number  **5388**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,490.00**

Best Ocean
1300 Valley Vista Dr., Suite 203
Diamond Bar, CA 91765

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Freight fowarder**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Silla Automotive, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$957,806.65** |
|---|---|---|---|

**Biying Heat Exchange Co.**
**No.7 , Dangang Zhong Rd.**
**Dagang Industrial District NETD**
**Beilun, Ningo 315800**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Overseas Supplier for Products**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C.H. Robinson**
**P.O. Box 9121**
**Minneapolis, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Freight Line**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.38** |
|---|---|---|---|

**California Water Service**
**2632 W. 237th Street**
**Torrance, CA 90505-5230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water**

Last 4 digits of account number  **2222**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**California Water Service**
**2632 W. 237th Street**
**Torrance, CA 90505-5230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water**

Last 4 digits of account number  **2222**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**California Water Services**
**P.O. Box 940001**
**San Jose, CA 95194-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water**

Last 4 digits of account number  **2222**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$745.89** |
|---|---|---|---|

**CarPart.com**
**P.O. Box 367**
**Florence, KY 41022-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.16** |
|---|---|---|---|

**Century Link**
**P.O. Box 2961**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Silla Automotive, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112,446.21**

**China Bhec**
**A1206 No. 13 Beiyuan Road No. 1**
**Chaoyuangqu**
**Beijing 100012**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Overseas Supplier for Products**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,917.97**

**China National Auto. Orient Ent.**
**17/F., Hongxiang Bldg.**
**258 Hubinnan Road**
**Xiamen, Fujian 361004**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Overseas Supplier for Products**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cisco, Inc.**
**1702 Townhurt Drive**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Collection company for unknown creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00**

**City of Los Angeles**
**P.O. Box 30879**
**Los Angeles, CA 90030-0879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **False Alarms**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.07**

**City of Phoenix**
**P.O. Box 29100**
**Phoenix, AZ 85038-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0000**

Basis for the claim:  **Water**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$98.00**

**City of San Jose**
**P.O. Box 11023**
**San Jose, CA 95103-1023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Parking Violations**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00**

**CleaningContract.com, Inc.**
**1515 7th St. #100**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Office Cleaning**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Silla Automotive, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.13 |
|---|---|---|---|

**Comcast**
P.O. Box 660618
Dallas, TX 75266-0618

Date(s) debt was incurred _

Last 4 digits of account number  **0701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|

**Compton Fire Department**
201 S. Acacia St.
Compton, CA 90220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fire Dept.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317.96 |
|---|---|---|---|

**Compton Municipal Utility Division**
205 S. Willowbrook Ave.
Compton, CA 90220

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,120.00 |
|---|---|---|---|

**CPACinc.com**
4749 E. Wesley Dr.
Anaheim, CA 92807

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Computer**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Daum Commercial**
3595 Inland Empire Blvd., Bldg. 5
Ontario, CA 91764-4999

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent for former Pico Rivera location**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,418.04 |
|---|---|---|---|

**Dell Business Credit**
P.O. Box 5275
Carol Stream, IL 60197-5275

Date(s) debt was incurred _

Last 4 digits of account number  **4731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Computers**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $591.97 |
|---|---|---|---|

**Dell Software Inc.**
P.O. Box 731381
Dallas, TX 75373-1381

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Computers**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Silla Automotive, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address

**DMV Renewal**
**P.O. Box 942894**
**Sacramento, CA 94294-0894**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,355.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **DMV**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address

**Driver's Alert**
**P.O. Box 50079**
**Pompano Beach, FL 33074**

Date(s) debt was incurred _

Last 4 digits of account number  **7642**

As of the petition filing date, the claim is: *Check all that apply.*    **$276.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle tracking service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**Dye Lih Technology  Co., Ltd.**
**1F., No. 154, Lin 12 Kuang Fu vill**
**Kuan Yin Hsiang**
**Taoyuan**
**TAIWAN**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$15,838.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overseas Supplier for Products**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address

**Ernesto Williams**
**c/o John M. Demas**
**701 Howe Ave., Suite A-1**
**Sacramento, CA 95825**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal injury lawsuit, believed settled**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address

**Express Employment Professionals**
**P.O. Box 844277**
**Los Angeles, CA 90084-4277**

Date(s) debt was incurred _

Last 4 digits of account number  **0071**

As of the petition filing date, the claim is: *Check all that apply.*    **$2,378.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address

**Federal Express**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  **3/2017**

Last 4 digits of account number  **5851**

As of the petition filing date, the claim is: *Check all that apply.*    **$969.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delivery services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**Federal Express**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  **3/2017**

Last 4 digits of account number  **6485**

As of the petition filing date, the claim is: *Check all that apply.*    **$953.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delivery services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,000.00** |
|---|---|---|---|

**Federal Express**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred  2017

Last 4 digits of account number  3239

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Delivery services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,932.50** |
|---|---|---|---|

**Gerber & Co.**
**1880 Century Park East, Suite 200**
**Los Angeles, CA 90067-1602**

Date(s) debt was incurred  _

Last 4 digits of account number  1437

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting fees

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Glenmont Properties, Ltd.**
**8811 Crazy Horse Trail**
**Houston, TX 77064**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Breach of Lease lawsuit - settled, nothing believed owed

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**GoDaddy**
**14455 N. Hayden Rd., Suite 219**
**Scottsdale, AZ 85260-6993**

Date(s) debt was incurred  _

Last 4 digits of account number  RadiatorClassic

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Web Services

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,651.00** |
|---|---|---|---|

**Green Trucking**
**15501 Texaco Ave.**
**Paramount, CA 90723**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Freight line

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,837.61** |
|---|---|---|---|

**Guangdong Xin Tongshi Vehicle Therm**
**Lianhe Village 106 National Highway**
**Tangtang Town Forgang County**
**Qingyuan City 511500**
**CHINA**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Overseas Supplier for Products

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Health Net of California**
**21650 Oxnard St.**
**Woodland Hills, CA 91367**

Date(s) debt was incurred  _

Last 4 digits of account number  111A

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Health Insurance

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address
Joe Perez
c/o Ademola M. Okusanya
9631 Business Center Dr., Suite G
Rancho Cucamonga, CA 91730

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.51** | Nonpriority creditor's name and mailing address
John Euler
c/o Hanna Vander Ploeg, LLC
20 N. Clark St., Suite 3100
Chicago, IL 60602

Date(s) debt was incurred  **2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.52** | Nonpriority creditor's name and mailing address
Kamran Staffing Inc.
17932 S. Avalon Blvd
Carson, CA 90746

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,292.89**

---

**3.53** | Nonpriority creditor's name and mailing address
Karla Kilpatrick
c/o Richard J. Ryan
4001 W. 95th St., Suite 200
Oak Lawn, IL 60453

Date(s) debt was incurred  **2013**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.54** | Nonpriority creditor's name and mailing address
Los Angeles Dumpster Rental
645 W, 9th St., Unit 110-142
Los Angeles, CA 90015

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash**

Is the claim subject to offset? ■ No ☐ Yes

**$369.67**

---

**3.55** | Nonpriority creditor's name and mailing address
M. T. Mobile Field Services, Inc.
P.O. Box 1012
Torrance, CA 90505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle Repair**

Is the claim subject to offset? ■ No ☐ Yes

**$1,718.87**

---

**3.56** | Nonpriority creditor's name and mailing address
McGarry & Laufenberg
615 N. Nash St., Suite 305
El Segundo, CA 90245

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees**

Is the claim subject to offset? ■ No ☐ Yes

**$1,261.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address
**Meade Properties, LLC**
**6834 N. Crescent Blvd.**
**Pennsauken, NJ 08110-1540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Breach of contract lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58** | Nonpriority creditor's name and mailing address
**Modesto Irrigation**
**P.O Box 5355**
**Modesto, CA 95352-5355**

Date(s) debt was incurred _

Last 4 digits of account number  **7399**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$274.83**

---

**3.59** | Nonpriority creditor's name and mailing address
**Montclair Business Park**
**c/o Regency Realty**
**16775 Von Karman Ave.**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number  **0051**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.60** | Nonpriority creditor's name and mailing address
**myFitment, LLC**
**P.O. Box 487**
**Wake Forest, NC 27588**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Web Services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.61** | Nonpriority creditor's name and mailing address
**NASA Services**
**P.O. Box 1755**
**Montebello, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$200.64**

---

**3.62** | Nonpriority creditor's name and mailing address
**National Fuel**
**P.O. Box 4103**
**Buffalo, NY 14264-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$248.95**

---

**3.63** | Nonpriority creditor's name and mailing address
**National Security Systems, Inc.**
**14761 Franklin Ave., Suite A**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Alarm Line**

Is the claim subject to offset? ■ No ☐ Yes

**$834.40**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Network Soultions**
**13861 Sunrise Valley Dr., Suite 300**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __qxautoparts__

Basis for the claim: __Web Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,803.00** |
|---|---|---|---|

**New Generation Auto Parts Inc.**
**529 63rd St.**
**Brooklyn, NY 11220-4607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$864.40** |
|---|---|---|---|

**NSS**
**14761 Franklin Ave**
**Suite A**
**Tustin, CA 92780-7222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3758__

Basis for the claim: __Alarm Line__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,430.00** |
|---|---|---|---|

**O K Container Sales**
**2707 E. Valley Blvd. #305**
**West Covina, CA 91792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Freight Fowarder__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.72** |
|---|---|---|---|

**OnTrac**
**250 Utah Ave.**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4050__

Basis for the claim: __Freight Line__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,369.79** |
|---|---|---|---|

**OPL Auto Parts, Inc.**
**15370 Fairfield Ranch Rd., Suite I**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Supplier for Products__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$307.02** |
|---|---|---|---|

**Orkin Pest Control**
**P.O. Box 7161**
**Pasadena, CA 91109-7161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __8617__

Basis for the claim: __Pest Control__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.41**

**Palomar Mountain Water**
**1270 W. Mission Rd.**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6603**

Basis for the claim:  **Water**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$797.73**

**PG & E**
**P.O. Box 997300**
**Sacramento, CA 95899-7300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,260,288.00**

**Pisheng Auto Parts Ind.( Ningbo)Ltd**
**No. 268 Ba Tou Xi Rd.,**
**Da Qi, Beilun**
**Ninbgo 315806**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Overseas Supplier for Products**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$739.14**

**Pitney Bowes Global Financial Serv.**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Postage meter**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,902.73**

**Protection One Security Solutions**
**P.O. Box 872987**
**Kansas City, MO 64187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4669**

Basis for the claim:  **Alarm Line**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$361.63**

**Purchase Power**
**P.O. Box 371874**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1276**

Basis for the claim:  **Postage Meter**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$284,553.10**

**Qingdao Aotrad Auto Parts Co. Ltd**
**Room 101, Unit 1 No. 64**
**Fenghua Road**
**Qingdao, Shandong 266071**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Overseas Supplier for Products**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$952,998.76**

Qingdao Unifit
Linquanzhuang Industrial Estate
Linquanzhuang Town, Laixi City
Qingdao 266604
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Overseas Supplier for Products__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Rackspace US, Inc.
1 Fanatical Place
San Antonio, TX 78218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Web Services__

Last 4 digits of account number  **8491**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.48**

Recology Los Angeles
P.O. Box 1081
Sun Valley, CA 91352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number  **1307**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207.72**

Republic Services
P.O. Box 78829
Phoenix, AZ 85068-8290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Waste management__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.56**

Sacramento Municipal Utility Dist.
P.O. Box 15830
Sacramento, CA 95852-0830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

San Diego Gas And Electric
8326 Century Park Ct.
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3213**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45.91**

San Gabriel Valley Water Company
P.O. Box 5970
El Monte, CA 91734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,715.00** |
|---|---|---|---|
| | **Sarah Tribble** | ☐ Contingent | |
| | **364 S. Meadowbrook Dr, Apt. 25H** | ☐ Unliquidated | |
| | **San Diego, CA 92114-7650** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/2014** | Basis for the claim:  **Small claims judgment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,205.42** |
|---|---|---|---|
| | **Sealed Air Corporation** | ☐ Contingent | |
| | **26077 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1260** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Packaing Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Share A Sale** | ☐ Contingent | |
| | **15 W. Hubbard St., Suite 500** | ☐ Unliquidated | |
| | **Chicago, IL 60654** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Web Services** | |
| | Last 4 digits of account number  **5335** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$167.56** |
|---|---|---|---|
| | **SMUD** | ☐ Contingent | |
| | **P.O. Box 15555** | ☐ Unliquidated | |
| | **Sacramento, CA 95852** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **0847** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110.81** |
|---|---|---|---|
| | **Southern Califiornaia Edison** | ☐ Contingent | |
| | **P.O. Box 300** | ☐ Unliquidated | |
| | **Rosemead, CA 91772-0001** | ☐ Disputed | |
| | Date(s) debt was incurred  **2017** | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **9825** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157.43** |
|---|---|---|---|
| | **Southgas** | ☐ Contingent | |
| | **P.O. Box 98890** | ☐ Unliquidated | |
| | **Las Vegas, NV 89193-8890** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Utilities** | |
| | Last 4 digits of account number  **3022** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.52** |
|---|---|---|---|
| | **Sparkletts** | ☐ Contingent | |
| | **P.O. Box 660579** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0579** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Water** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$762.00** |
|---|---|---|---|

**Steve's Towing**
**9529 E. 8th St.**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Towing services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$525.00** |
|---|---|---|---|

**Sun Bay International**
**1149 W. 190th St., Suite 2150**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Customs Broker__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$502,864.90** |
|---|---|---|---|

**Taian Golden Resource Imp & Exp.**
**131 Jiuxing Street**
**Shengzhuang Industrial Park**
**Taian, Shandong 271000**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Overseas Supplier for Products__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29.05** |
|---|---|---|---|

**The Gas Company**
**P.O. Box C**
**Monterey Park, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Utilites__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$214.03** |
|---|---|---|---|

**The Toll Roads**
**P.O. Box 57011**
**Irvine, CA 92619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Tolls__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,681.61** |
|---|---|---|---|

**Time Warner**
**P.O. Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Internet__

Last 4 digits of account number __8592__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,769.46** |
|---|---|---|---|

**Tokio Marine America**
**230 Park Ave.**
**New York, NY 10169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Property Liability Insurance__

Last 4 digits of account number __7602__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Silla Automotive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103.54**

**Tokio Marine America**
**230 Park Ave.**
**New York, NY 10169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7702**

Basis for the claim: **Property Liability Insurance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.75**

**Tokio Marine America**
**230 Park Ave.**
**New York, NY 10169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7202**

Basis for the claim: **Property Liability Insurance**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$329,950.00**

**Tom Yung Kong Hseun**
**No 268 Ba Tou Xi Road**
**Da Qi Beilun**
**Ningbo 315806**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Loans**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,537.21**

**Top Hay, LLC**
**9999 Bellaire Blvd., Suite 8b**
**Houston, TX 77036-3579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4048**

Basis for the claim: **Unpaid rent and electric**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,404.94**

**TSC Staffing Solutions**
**1451 W. Artesia Blvd., Suite 9-A**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Temp Labor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,107.66**

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Industrial Supplies**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Union Stockyards San Antonio Inc.**
**1716 S. San Marcos St., Room #221**
**San Antonio, TX 78207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**University Technology Center LP**
**1000 Pioneer Way**
**El Cajon, CA 92020**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2016__

Basis for the claim:  __Unpaid rent__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101.35**

**Verizon**
**P.O. Box 15124**
**Albany, NY 12212-5124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Utilities__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$830.66**

**Verizon**
**P.O. Box 920041**
**Dallas, TX 75392-0041**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Utilities__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.20**

**Waste Management**
**P.O. Box 541065**
**Los Angeles, CA 90054-1065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Trash__

Last 4 digits of account number  __2168__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146.47**

**Waste Management**
**P.O. Box 78251**
**Phoenix, AZ 85062-8251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Trash__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,799.70**

**Wright Express**
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Fuel__

Last 4 digits of account number  __5925__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34.95**

**Xcel Energy**
**P.O. Box 9477**
**Minneapolis, MN 55484-9477**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  __2117__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.43 |
|---|---|---|---|

**XO Communications**
**13865 Sunrise Valley Dr.**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.43 |
|---|---|---|---|

**Xpress Graphics Inc.**
**17226 S. Figueroa St.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Graphics/Printer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,296.36 |
|---|---|---|---|

**Yihetec**
**Chuangye Dadao, Gongyequ**
**Heqiao, Yixing**
**Jiangsu 214211**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Overseas Supplier for Products**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **China Export and Credit Ins. Corp.**<br>**Fortune Times Building**<br>**11 Fenghuiyuan, Xicheng District**<br>**Beijing 100033**<br>**CHINA** | Line  **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Dallas County Tax Office**<br>**1201 Elm St., Suite 2600**<br>**Dallas, TX 75270** | Line  **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David C. Snell**<br>**1250 NE Loop 410, Suite 725**<br>**San Antonio, TX 78209** | Line  **3.105**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Don A. Leviton**<br>**The Leviton Law Firm, Ltd.**<br>**3 Golf Center, Suite 361**<br>**Hoffman Estates, IL 60169** | Line  **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Donald S. Ryan**<br>**20 Brace Rd.**<br>**Cherry Hill, NJ 08034-2633** | Line  **3.57**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Douglas T. Richardson**<br>**5753G E Santa Ana Canyon Rd., #542**<br>**Anaheim, CA 92807-3229** | Line  **3.69**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Silla Automotive, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Hamann Property Management, Inc.**<br>**1000 Pioneer Way**<br>**El Cajon, CA 92020** | Line **3.106**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Harlingen Tax Office**<br>**P.O. Box 2643**<br>**Harlingen, TX 78551** | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Henry C. Wong**<br>**1499 Huntington Dr., Suite 318**<br>**South Pasadena, CA 91030** | Line **3.102**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Kamran Staffing Inc.**<br>**800 N. Haven Ave., Suite 425**<br>**Ontario, CA 91764** | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Linebarger Goggan Blair & Sampson**<br>**P.O. Box 659443**<br>**San Antonio, TX 78265** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Linebarger Goggan Blair & Sampson**<br>**P.O. Box 659443**<br>**San Antonio, TX 78265** | Line **2.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Linebarger Goggan Blair & Sampson**<br>**P.O. Box 659443**<br>**San Antonio, TX 78265** | Line **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Los Angeles County Tax Collector**<br>**1401 East Willow St.**<br>**Signal Hill, CA 90755** | Line **2.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Michele L. Ross**<br>**560 Sylvan Ave., Suite 1135**<br>**Englewood Cliffs, NJ 07632-3119** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Oklahoma Property Tax**<br>**320 Robert S. Kerr, #313**<br>**Oklahoma City, OK 73102** | Line **2.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Pitney Bowes**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7887** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Richard J. Cahan**<br>**1620 Red Bud Lane, Suite 201**<br>**Round Rock, TX 78664-0201** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Sanford L. Dow**<br>**2700 Post Oak Blvd., Suite 1750**<br>**Houston, TX 77056** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Silla Automotive, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.20 | **Sealed Air**<br>**2415 Cascade Pointe Blvd.**<br>**Charlotte, NC 28208** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Tokio Marine America**<br>**P.O. Box 7777**<br>**Philadelphia, PA 19175-2117** | Line **3.98**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Top Hay, LLC**<br>**1217 W. Artesia Blvd.**<br>**Compton, CA 90220** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **WEX Inc.**<br>**225 Gorham Rd.**<br>**South Portland, ME 04106** | Line **3.111**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 68,999.47 |
| **5b. Total claims from Part 2** | 5b. + | $ 9,963,168.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,032,168.44 |

**Fill in this information to identify the case:**

Debtor name **Silla Automotive, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises at 1616 Industrial Blvd., #106, Chula Vista, CA 91911** | |
| State the term remaining | | **Hamann Property Management, Inc. 1000 Pioneer Way El Cajon, CA 92020** |
| List the contract number of any government contract | | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises at 5199 Brooks St., #G, Montclair, CA 91763** | |
| State the term remaining | | **Montclair Business Park c/o Regency Realty 16775 Von Karman Ave. Irvine, CA 92606** |
| List the contract number of any government contract | | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises at 1217 W. Artesia Blvd., Compton, CA 90220** | |
| State the term remaining | **2 years, 3 months** | **Top Hay, LLC 9999 Bellaire Blvd., Suite 8b Houston, TX 77036-3579** |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Silla Automotive, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name __**Silla Automotive, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$127,000.00** |
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,184,000.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$3,409,000.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    Silla Automotive, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. INFORMATION & BANK STATEMENTS TO FOLLOW | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tom Yung Kong Hseun**<br>**No 268 Ba Tou Xi Road**<br>**Da Qi Beilun**<br>**Ningbo 315806**<br>**CHINA**<br>**Manager** | **1/30/2017,<br>2/7/2017,<br>2/8/2017,<br>2/14/2017,<br>2/28/2017** | **$50,050.00** | **Loan repayments** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Top Hay, LLC v. Silla Automotive, LLC**<br>**TC028759** | **Unlawful detainer** | **Los Angeles County Superior Court**<br>**200 W. Compton Blvd.**<br>**Compton, CA 90220** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Silla Automotive, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Glenmont Properties Ltd. v. Silla Automotice LLC**<br>201549915 | **Breach of lease** | **Texas District Court, Harris County**<br>201 Caroline St.<br>Houston, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Ernesto Williams v. Silla Automotive LLC**<br>2016-00188718-CV | **Personal injury** | **Sacramento County Superior Court**<br>720 9th Street<br>Sacramento, CA 95814 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Bexar County, et al. v. Silla Automotive LLC**<br>2016TA104101 | **Tax collection** | **Texas District Court, Bexar County**<br>100 Dolorosa<br>San Antonio, TX 78205 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Joe Perez v. Edmon Antone Kalanzi, Silla Automotive**<br>RIC1610687 | **Personal injury** | **Riverside County Superior Court**<br>4050 Main Street<br>Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Silla Automotive, LLC**                                                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Weintraub & Selth, APC 11766 Wilshire Blvd., Suite 1170 Los Angeles, CA 90025** | | **3/1/2017** | **$25.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Tom Hseun** | | | |
| 11.2. | **Weintraub & Selth, APC 11766 Wilshire Blvd., Suite 1170 Los Angeles, CA 90025** | | **3/6/2017** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Tom Hseun** | | | |
| 11.3. | **Weintraub & Selth, APC 11766 Wilshire Blvd., Suite 1170 Los Angeles, CA 90025** | | **3/14/2017** | **$12,165.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Tom Hseun** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Silla Automotive, LLC**                                    Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8504 Firestone Blvd., #224 Downey, CA 90241** | **Address of Silla DBA's** |
| 14.2. | **5199 Brooks St., #G Montclair, CA 91763** | |
| 14.3. | **1616 Industrial Blvd., #106 Chula Vista, CA 91911** | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Silla Automotive, LLC**                                          Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **Silla Automotive, LLC**                                    Case number *(if known)*

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **Uni Auto Parts, LLC**<br>**13210 Harbor Blvd., #102**<br>**Garden Grove, CA 92843** | **Online auto parts sales** | **EIN:** **32-2535254**<br><br>**From-To** **5/2015-present** |
| 25.2. **Sky Automotive Parts, LLC**<br>**101 W. Mission Blvd.,**<br>**#101-168**<br>**Pomona, CA 91766** | **Online auto parts sales** | **EIN:** **61-1763500**<br><br>**From-To** **5/2015-present** |
| 25.3. **Astro Auto Parts, LLC**<br>**11138 E. Del Amo Blvd., #270**<br>**Lakewood, CA 90715** | **Online auto parts sales** | **EIN:** **38-3953188**<br><br>**From-To** **12/2014-present** |
| 25.4. **Florence Auto Parts, LLC**<br>**41 Gates Ave.**<br>**East Brunswick, NJ 08816** | **Online auto parts sales** | **EIN:** **32-0448253**<br><br>**From-To** **8/2014-present** |
| 25.5. **Imperial Auto Parts, LLC**<br>**8351-3 Lewiston Rd., Suite 219**<br>**Batavia, NY 14020** | **Online auto parts sales** | **EIN:** **61-1745158**<br><br>**From-To** **8/2014-present** |
| 25.6. **Avalon Automotive Parts, LLC**<br>**293 State Route 18, Suite D222**<br>**East Brunswick, NJ 08816** | **Online auto parts sales** | **EIN:** **32-0467479**<br><br>**From-To** **1/2015-present** |
| 25.7. **QX Auto Parts, LLC**<br>**2801 Sepulveda Blvd., #30**<br>**Torrance, CA 90505** | **Online auto parts sales** | **EIN:** **30-0839281**<br><br>**From-To** **8/2014-present** |
| 25.8. **Art Auto Parts, LLC**<br>**2851 W. 120th St., Suite E195**<br>**Hawthorne, CA 90250** | **Online auto parts sales** | **EIN:** **32-0470136**<br><br>**From-To** **5/2015-present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Gerber & Co., Inc.**<br>**1888 Century Park East, Suite 200**<br>**Los Angeles, CA 90067-1602** | **2007-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Silla Automotive, LLC**                                    Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Phillip Choi | 3/2017 (partially completed) | $848,002, cost basis - See Schedule B |

| Name and address of the person who has possession of inventory records |
|---|
| Weintraub & Selth, APC 11766 Wilshire Blvd., Suite 1170 Los Angeles, CA 90025 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Yung Kong Hseun | No 268 Ba Tou Xi Road Da Qi, Beilun Ningbo CHINA 315806 | Manager | 0 |
| Phillip Choi | 21143 Hawthorne Blvd., #121 Torrance, CA 90503 | CEO and Manager | 0 |
| Ken Greenslade | 3660 Burkholm Rd. Mims, FL 32754 | Manager | 0 |
| Pisheng Auto Parts Ind.( Ningbo)Ltd | No. 268 Ba Tou Xi Rd. Da Qi, Beilun Ninbgo 315806 CHINA | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

| Debtor | Silla Automotive, LLC | Case number *(if known)* | |
|---|---|---|---|

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Phillip Choi**<br>**21143 Hawthorne Blvd., #121**<br>**Torrance, CA 90503** | **$139,000** | **4/2016-3/2017** | **Salary** |
| | Relationship to debtor<br>**CEO & Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 8, 2017__

| /s/ Tom Hseun | Tom Hseun |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Silla Automotive, LLC**        Case No. _____

                 Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **17,190.00** |
| Prior to the filing of this statement I have received | $ | **17,190.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):    **Tom Hseun**

3.  The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
      **Business wind-down advice and planning, communications with Chapter 7 Trustee and United States Trustee**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtor in any adversary proceeding or contested matter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 8, 2017**                 **/s/ James R. Selth**

*Date*                                    **James R. Selth 123420**

                                           *Signature of Attorney*

                                           **Weintraub & Selth, APC**
                                           **11766 Wilshire Boulevard**
                                           **Suite 1170**
                                           **Los Angeles, CA 90025**
                                           **(310) 207-1494   Fax: (310) 442-0660**

                                           *Name of law firm*

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **James R. Selth**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: **123420** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Silla Automotive, LLC** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __22__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 8, 2017**
_____

Date: _____

Date: **April 8, 2017**
_____

**/s/ Tom Hseun**
_____
Siganture of Debtor 1

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

**/s/ James R. Selth**
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Silla Automotive, LLC
21143 Hawthorne Blvd., #121
Torrance, CA 90503


James R. Selth
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


1330 Livingston Ave., Inc.
409 Joyce Kilmer Ave.
New Brunswick, NJ 08901-3363


1and1.com
701 Lee Road
Chesterbrook, PA 19087


Ally Financial
P.O. Box 78234
Phoenix, AZ 85062-8234


Ally Financial
P.O. Box 78234
Phoenix, AZ 85062


Amazon.com
P.O. Box 81226
Seattle, WA 98108-1226


American Express
P.O. Box 297871
Fort Lauderdale, FL 33329-7812

American Tire & Brake
4501 El Cajon Blvd.
San Diego, CA 92115


AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019


AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463


AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025


Azusa Light & Water
P.O. Box 7030
Artesia, CA 90702-7030


Bank of America
Attn: Bankruptcy Department
P.O. Box 9000
Getzville, NY 14068-9000


Barbob Properties LLC
1282 Pangburn Rd.
Schenectady, NY 12306-5853


Berkshire Hathaway
P.O. Box 844501
Los Angeles, CA 90084-4501

Best Ocean
1300 Valley Vista Dr., Suite 203
Diamond Bar, CA 91765


Bexar County Tax Assessor-Collector
233 N. Pecos La Trinidad
San Antonio, TX 78207-3175


Biying Heat Exchange Co.
No.7 , Dangang Zhong Rd.
Dagang Industrial District NETD
Beilun, Ningo 315800
CHINA


C.H. Robinson
P.O. Box 9121
Minneapolis, MN 55480-9121


California Water Service
2632 W. 237th Street
Torrance, CA 90505-5230


California Water Services
P.O. Box 940001
San Jose, CA 95194-0001


CarPart.com
P.O. Box 367
Florence, KY 41022-0367


Century Link
P.O. Box 2961
Phoenix, AZ 85062

China Bhec
A1206 No. 13 Beiyuan Road No. 1
Chaoyuangqu
Beijing 100012
CHINA


China Export and Credit Ins. Corp.
Fortune Times Building
11 Fenghuiyuan, Xicheng District
Beijing 100033
CHINA


China National Auto. Orient Ent.
17/F., Hongxiang Bldg.
258 Hubinnan Road
Xiamen, Fujian 361004
CHINA


Cisco Systems Capital Corporation
P.O. Box 41602
Philadelphia, PA 19101


Cisco, Inc.
1702 Townhurt Drive
Houston, TX 77043


City of Hawthorne
4455 W. 126th St.
Hawthorne, CA 90250


City of Los Angeles
P.O. Box 30879
Los Angeles, CA 90030-0879


City Of Los Angeles
Office Of Finance
P.O. Box 513996
Los Angeles, CA 90051-3996

City of Phoenix
P.O. Box 29100
Phoenix, AZ 85038-9100


City of Sacramento
915 I St., Room 1214
Sacramento, CA 95814


City of San Jose
P.O. Box 11023
San Jose, CA 95103-1023


CleaningContract.com, Inc.
1515 7th St. #100
Santa Monica, CA 90401


Comcast
P.O. Box 660618
Dallas, TX 75266-0618


Compton Fire Department
201 S. Acacia St.
Compton, CA 90220


Compton Municipal Utility Division
205 S. Willowbrook Ave.
Compton, CA 90220


CPACinc.com
4749 E. Wesley Dr.
Anaheim, CA 92807

Dallas County Tax Office
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Dallas County Tax Office
1201 Elm St., Suite 2600
Dallas, TX 75270


Daum Commercial
3595 Inland Empire Blvd., Bldg. 5
Ontario, CA 91764-4999


David C. Snell
1250 NE Loop 410, Suite 725
San Antonio, TX 78209


Dekalb County Tax Commissioner
4380 Memorial Dr., Suite 100
Decatur, GA 30032


Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292


Dell Financial Services
P.O. Box 81577
Austin, TX 78708-1577

Dell Software Inc.
P.O. Box 731381
Dallas, TX 75373-1381

DMV Renewal
P.O. Box 942894
Sacramento, CA 94294-0894

Don A. Leviton
The Leviton Law Firm, Ltd.
3 Golf Center, Suite 361
Hoffman Estates, IL 60169

Donald S. Ryan
20 Brace Rd.
Cherry Hill, NJ 08034-2633

Douglas T. Richardson
5753G E Santa Ana Canyon Rd., #542
Anaheim, CA 92807-3229

Driver's Alert
P.O. Box 50079
Pompano Beach, FL 33074

Dye Lih Technology  Co., Ltd.
1F., No. 154, Lin 12 Kuang Fu vill
Kuan Yin Hsiang
Taoyuan
TAIWAN

East West Bank
9300 Flair Drive, 5th Floor
El Monte, CA 91731

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enterprise FM Trust
P.O. Box 800089
Kansas City, MO 64180-0089


Ernesto Williams
c/o John M. Demas
701 Howe Ave., Suite A-1
Sacramento, CA 95825


Express Employment Professionals
P.O. Box 844277
Los Angeles, CA 90084-4277


Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321


Ford Credit
National Bankruptcy Service Center
P.O. Box 6275
Dearborn, MI 48121


Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154


Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Gerber & Co.
1880 Century Park East, Suite 200
Los Angeles, CA 90067-1602


Glenmont Properties, Ltd.
8811 Crazy Horse Trail
Houston, TX 77064


GoDaddy
14455 N. Hayden Rd., Suite 219
Scottsdale, AZ 85260-6993


Green Trucking
15501 Texaco Ave.
Paramount, CA 90723


Guangdong Xin Tongshi Vehicle Therm
Lianhe Village 106 National Highway
Tangtang Town Forgang County
Qingyuan City 511500
CHINA


Hamann Property Management, Inc.
1000 Pioneer Way
El Cajon, CA 92020


Hanmi Bank
2001 W. Redondo Beach Blvd.
Gardena, CA 90247


Harlingen Tax Office
35 Providencia Court
Brownsville, TX 78526

Harlingen Tax Office
P.O. Box 2643
Harlingen, TX 78551


Harris County Tax Office
P.O. Box 3064
Houston, TX 77253


Health Net of California
21650 Oxnard St.
Woodland Hills, CA 91367


Henry C. Wong
1499 Huntington Dr., Suite 318
South Pasadena, CA 91030


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Joe Perez
c/o Ademola M. Okusanya
9631 Business Center Dr., Suite G
Rancho Cucamonga, CA 91730


John Euler
c/o Hanna Vander Ploeg, LLC
20 N. Clark St., Suite 3100
Chicago, IL 60602


Kamran Staffing Inc.
17932 S. Avalon Blvd
Carson, CA 90746

Kamran Staffing Inc.
800 N. Haven Ave., Suite 425
Ontario, CA 91764


Karla Kilpatrick
c/o Richard J. Ryan
4001 W. 95th St., Suite 200
Oak Lawn, IL 60453


Linebarger Goggan Blair & Sampson
P.O. Box 659443
San Antonio, TX 78265


Los Angeles County Assessor
500 W. Temple St.
Los Angeles, CA 90012-2770


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90051-4818


Los Angeles County Tax Collector
1401 East Willow St.
Signal Hill, CA 90755


Los Angeles Dumpster Rental
645 W, 9th St., Unit 110-142
Los Angeles, CA 90015


M. T. Mobile Field Services, Inc.
P.O. Box 1012
Torrance, CA 90505

McGarry & Laufenberg
615 N. Nash St., Suite 305
El Segundo, CA 90245


Meade Properties, LLC
6834 N. Crescent Blvd.
Pennsauken, NJ 08110-1540


Michele L. Ross
560 Sylvan Ave., Suite 1135
Englewood Cliffs, NJ 07632-3119


Modesto Irrigation
P.O Box 5355
Modesto, CA 95352-5355


Montclair Business Park
c/o Regency Realty
16775 Von Karman Ave.
Irvine, CA 92606


myFitment, LLC
P.O. Box 487
Wake Forest, NC 27588


NASA Services
P.O. Box 1755
Montebello, CA 90640


National Fuel
P.O. Box 4103
Buffalo, NY 14264-0001

National Security Systems, Inc.
14761 Franklin Ave., Suite A
Tustin, CA 92780


Network Soultions
13861 Sunrise Valley Dr., Suite 300
Herndon, VA 20171


New Generation Auto Parts Inc.
529 63rd St.
Brooklyn, NY 11220-4607


New Jersey Dept. of Labor
Division of Employee Accounts
P.O. Box 059
Trenton, NJ 08646-0059


North Carolina Secretary of State
P.O. Box 29622
Raleigh, NC 27626-0622


NSS
14761 Franklin Ave
Suite A
Tustin, CA 92780-7222


O K Container Sales
2707 E. Valley Blvd. #305
West Covina, CA 91792


Ohio Department of Taxation
Bankruptcy Division
30 E. Broad St., 21st floor
Columbus, OH 43215

Oklahoma County Treasurer
P.O. Box 268875
Oklahoma City, OK 73126-8875


Oklahoma Property Tax
320 Robert S. Kerr, #313
Oklahoma City, OK 73102


Oklahoma Secretary of State
421 N.W. 13th St., Suite 210
Oklahoma City, OK 73103


Oklahoma Tax Commission
P.O. Box 26920
Oklahoma City, OK 73126-0920


OnTrac
250 Utah Ave.
South San Francisco, CA 94080


OPL Auto Parts, Inc.
15370 Fairfield Ranch Rd., Suite I
Chino Hills, CA 91709


Orange County Tax Collector
P.O. Box 1438
Santa Ana, CA 92702


Orkin Pest Control
P.O. Box 7161
Pasadena, CA 91109-7161

Palomar Mountain Water
1270 W. Mission Rd.
Escondido, CA 92029


Paypal Credit Services
P.O. Box 5138
Timonium, MD 21094


PG & E
P.O. Box 997300
Sacramento, CA 95899-7300


Pisheng Auto Parts Ind.( Ningbo)Ltd
No. 268 Ba Tou Xi Rd.,
Da Qi, Beilun
Ninbgo 315806
CHINA


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Global Financial Serv.
P.O. Box 371887
Pittsburgh, PA 15250-7887


Property Assessor Nashville County
P.O. Box 196305
Nashville, TN 37219-6305


Protection One Security Solutions
P.O. Box 872987
Kansas City, MO 64187

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Qingdao Aotrad Auto Parts Co. Ltd
Room 101, Unit 1 No. 64
Fenghua Road
Qingdao, Shandong 266071
CHINA


Qingdao Unifit
Linquanzhuang Industrial Estate
Linquanzhuang Town, Laixi City
Qingdao 266604
CHINA


Rackspace US, Inc.
1 Fanatical Place
San Antonio, TX 78218


Recology Los Angeles
P.O. Box 1081
Sun Valley, CA 91352


Republic Services
P.O. Box 78829
Phoenix, AZ 85068-8290


Richard J. Cahan
1620 Red Bud Lane, Suite 201
Round Rock, TX 78664-0201


Sacramento Municipal Utility Dist.
P.O. Box 15830
Sacramento, CA 95852-0830

San Diego Gas And Electric
8326 Century Park Ct.
San Diego, CA 92123


San Gabriel Valley Water Company
P.O. Box 5970
El Monte, CA 91734


Sanford L. Dow
2700 Post Oak Blvd., Suite 1750
Houston, TX 77056


Sarah Tribble
364 S. Meadowbrook Dr, Apt. 25H
San Diego, CA 92114-7650


Sealed Air
2415 Cascade Pointe Blvd.
Charlotte, NC 28208


Sealed Air Corporation
26077 Network Place
Chicago, IL 60673-1260


Share A Sale
15 W. Hubbard St., Suite 500
Chicago, IL 60654


Shelby County Assessor of Property
1075 Mullins Station Road
Memphis, TN 38134-7725

SMUD
P.O. Box 15555
Sacramento, CA 95852


Southern Californaia Edison
P.O. Box 300
Rosemead, CA 91772-0001


Southgas
P.O. Box 98890
Las Vegas, NV 89193-8890


Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579


State Board Of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


State of Michigan
Dept. of Licensing and Reg. Affairs
P.O. Box 30057
Lansing, MI 48909


State of Nevada Secretary of State
202 N. Carson St.
Carson City, NV 89701-4201


State of Ohio
6245 Emerald Parkway, Suite B
Dublin, OH 43016

Steve's Towing
9529 E. 8th St.
Rancho Cucamonga, CA 91730


Summit Financial Resources, L.P.
2455 E. Parleys Way, Suite 200
Salt Lake City, UT 84109


Sun Bay International
1149 W. 190th St., Suite 2150
Gardena, CA 90248


Taian Golden Resource Imp & Exp.
131 Jiuxing Street
Shengzhuang Industrial Park
Taian, Shandong 271000
CHINA


Texas Comptroller
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


The Gas Company
P.O. Box C
Monterey Park, CA 91756


The Toll Roads
P.O. Box 57011
Irvine, CA 92619


Time Warner
P.O. Box 60074
City of Industry, CA 91716-0074

Tokio Marine America
230 Park Ave.
New York, NY 10169


Tokio Marine America
P.O. Box 7777
Philadelphia, PA 19175-2117


Tom Yung Kong Hseun
No 268 Ba Tou Xi Road
Da Qi Beilun
Ningbo 315806
CHINA


Top Hay, LLC
9999 Bellaire Blvd., Suite 8b
Houston, TX 77036-3579


Top Hay, LLC
1217 W. Artesia Blvd.
Compton, CA 90220


TSC Staffing Solutions
1451 W. Artesia Blvd., Suite 9-A
Gardena, CA 90248


Uline
P.O. Box 88741
Chicago, IL 60680-1741


Union Stockyards San Antonio Inc.
1716 S. San Marcos St., Room #221
San Antonio, TX 78207

University Technology Center LP
1000 Pioneer Way
El Cajon, CA 92020


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Verizon
P.O. Box 920041
Dallas, TX 75392-0041


Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065


Waste Management
P.O. Box 78251
Phoenix, AZ 85062-8251


WEX Inc.
225 Gorham Rd.
South Portland, ME 04106


Wright Express
P.O. Box 6293
Carol Stream, IL 60197-6293


Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477

XO Communications
13865 Sunrise Valley Dr.
Herndon, VA 20171


Xpress Graphics Inc.
17226 S. Figueroa St.
Gardena, CA 90248


Yihetec
Chuangye Dadao, Gongyequ
Heqiao, Yixing
Jiangsu 214211
CHINA


Yijia Wang
East West Bank
15333 Culver Dr.
Irvine, CA 92604