1  RICHARD K. DIAMOND (State Bar No. 070634)
   *RKDTrustee@dgdk.com*
2  1900 Avenue of the Stars, 11th Floor
   Los Angeles, California 90067-4402
3  Telephone:    (310) 201-2482
   Facsimile:    (310) 277-5735
4
   Chapter 7 Trustee
5

6

7                **UNITED STATES BANKRUPTCY COURT**

8                **CENTRAL DISTRICT OF CALIFORNIA**

9                     **LOS ANGELES DIVISION**

| | |
|---|---|
| 10  In re | Case No. 2:17-bk-14364-ER |
| 11  SILLA AUTOMOTIVE, LLC, | Chapter 7 |
| 12            Debtor. | **NOTICE OF MOTION AND MOTION FOR ORDER:** |
| 13 | |
| 14 | **AUTHORIZING SALE OF ESTATE PROPERTY: GIFT CARDS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF RICHARD K. DIAMOND IN SUPPORT OF MOTION** |
| 15 | |
| 16 | |
| 17 | **[No Hearing Required]** |

18  **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

19  **JUDGE, AND INTERESTED PARTIES:**

20        PLEASE TAKE NOTICE THAT:  Richard K. Diamond, Chapter 7 Trustee (the "Trustee"

21  or "Movant") for the estate of Silla Automotive, LLC (the "Debtor") hereby moves for an Order:

22  authorizing the sale of estate property in the form of gift cards (the "Motion") through one or more

23  online gift card exchanges.

24        This Motion is based on this Notice of Motion and Motion and the accompanying

25  memorandum of points and authorities and declarations of Richard K. Diamond as well as such as

26  other evidence as may properly be presented to the Court.

27        **PLEASE TAKE FURTHER NOTICE OF THE DEADLINE FOR FILING AND**

28  **SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING, AS FOLLOWS:**

1   Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the

2   Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days

3   after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant

4   to F.R.Civ.P. 5(b)(2)(D) or (F).  If you timely file and serve a written opposition and request for a

5   hearing, Movant will file and serve a notice of hearing at least 14 days in advance of the hearing.

6   [LBR 9013-1(o)(4)].  If you fail to comply with this deadline: (1) Movant will file a declaration to

7   indicate: (A) the Motion was properly served, (B) the response period elapsed, and (C) no party

8   filed and served a written opposition and request for a hearing within 14 days after the date of

9   service of the notice [LBR 9013-1(o)(3)]; (2) Movant will lodge an order that the Court may use to

10  grant the Motion; and (3) The Court may treat your failure as a waiver of your right to oppose the

11  Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)].

12

13  Dated:  November  1, 2017

                                               Richard K. Diamond,

14                                                 Chapter 7 Trustee

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1454642.1  1714364A                                        2

## MEMORANDUM OF POINTS AND AUTHORITIES

The Trustee respectfully represents as follows:

1.    This case was commenced on April 10, 2017, when the Debtor filed a voluntary Chapter 7 petition, and the Trustee was appointed as the Chapter 7 Trustee.

2.    Among other assets listed on the Debtor's Schedule A/B, is personal property described as 1242 lunch cards values at $5.00 to $10.00 each with an unknown total value, scheduled under "Office equipment." See Exhibit "1" to Trustee's declaration, excerpt from schedule A/B. The Debtor again listed 1245 Subway and Domino's lunch cards valued $5.00-$10.00 each with a total value of $6,225.00, under "Other property of any kind not already listed." See Exhibit "2" to the Trustee's declaration, excerpt from schedule A/B. The Trustee believes that the two entries actually refer to the same gift cards. The Trustee is in possession of 1130 Gift Cards that were turned over along with the other assets at the debtor's premises (the "Gift Cards"). The Trustee is not able to ascertain the exact aggregate face value of the Gift Cards as the amount is not set forth on the cards but believes based on the schedules and his inspection of the Gift Cards that the face value is likely between $6,225.00 and $12,500. The Trustee will ascertain the face values on each card prior to consummating a sale.

3.    By this Motion, the Trustee seeks authority to sell the Gift Cards either one by one or in bulk using one or more online services that buy and sell gift cards, such as Gift Card Granny, Cardpool or similar services which allow gift card owners to sell gift cards for a discount, typically between 75 and 80 percent of the face value. The Trustee does not know of any other available method to monetize the gift cards other than through a sale and believes that sale in the manner proposed is likely to maximize the value received by the bankruptcy estate (e.g., they are not returnable).

## SALE PURSUANT TO LBR 6004-1

4.    Applicant hereby provides notice as required under LBR 6004-1(d)(2)(B), which requires that notice of a sale comply with LBR 6004-1(c)(3)(B)-(I), as follows:

- **The name and address of the proposed buyer**: Inapplicable/Unknown: Sale to unknown third parties through one or more online gift card exchanges including sale to the online exchange itself.

- **A description of the property to be sold**: Approximately 1,100 Gift Cards.

- **The terms and conditions of the proposed sale, including the price and all contingencies**: The Trustee seeks authority to sell the Gift Cards for an price of not less than 75 cents on the dollar per card.

- **Whether the proposed sale is free and clear of liens, claims or interests, or subject to them, and a description of all such liens, claims, or interests**:  the sale is free and clear of liens, claims or interests, as there are no known liens secured by the Gift Cards.

- **Whether the proposed sale is subject to higher and better bids**: No.

- **The consideration to be received by the estate, including estimated commissions, fees, and other costs of sale**: The amount is to be determined as the Trustee's staff processes the sale of the Gift Cards, through the website.  The Trustee will report regarding the proceeds received in the final report and account in this case.

- **If authorization is sought to pay a commission, the identity of the auctioneer, broker, or sales agent and the amount or percentage of the proposed commission to be paid**: N/A.

- **A description of the estimated or possible tax consequences to the estate, if known, and how any tax liability generated by the sale of the property will be paid**: The Trustee believes that the sale may generate taxable income but is not aware of the tax consequences that will result from the sale as the Trustee has not ascertained the extent to which deductions may reduce or eliminate any taxes due from the sale.

1    Under the circumstances, the Trustee believes that a hearing is not necessary on this Motion

2    unless a party in interest timely objects and requests a hearing.

3

4    WHEREFORE, the Trustee prays for an order: (1) authorizing him to sell the Gift Cards;

5    and (2) granting such other and further relief that may be just and proper.

6

7    Dated: November 1, 2017

Richard K. Diamond,

8    Chapter 7 Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1454642.1  1714364A                                    5

# DECLARATION OF RICHARD K. DIAMOND

I, Richard K. Diamond, declare and state as follows:

1.      I am the duly appointed and acting Chapter 7 Trustee of the estate of Silla Automotive, LLC ("Debtor").

2.      This case was commenced on April 10, 2017, when the Debtor filed a voluntary Chapter 7 petition, and I was appointed as the Chapter 7 Trustee.

3.      Among other assets listed on the Debtor's Schedule A/B, is personal property described as 1242 lunch cards values at $5.00 to $10.00 each with an unknown total value, scheduled under "Office equipment." See Exhibit "1" hereto, excerpt from schedule A/B. The Debtor again listed 1245 Subway and Domino's lunch cards valued $5.00-$10.00 each with a total value of $6,225.00, under "Other property of any kind not already listed." See Exhibit "2" hereto, excerpt from schedule A/B. I believe that the two entries actually refer to the same gift cards. I am in possession of 1,100 gift cards turned over to me along with the estate's other assets at the debtor's premises (the "Gift Cards"). I am not able to ascertain the exact aggregate face value of the Gift Cards as the value is not set forth on each card, but believe based on the schedules and inspection of the Gift Cards that the face value is likely between $6,225.00 and $12,500. I will ascertain the value of each card prior to consummating a sale.

4.      I need to sell and liquidate the remaining Gift Cards. I have determined that the best means to sell the Gift Cards, either one by one or in bulk, through one or more online gift card exchange websites. I intend to sell the Gift Cards for 75% or more of the face value of each card. I will report on the proceeds received in the final report and account in this case.

///

///

///

///

///

///

///

1    5.    If the Local Rules of this Court require a Court hearing before approval hereof, I

2 request that such requirement be dispensed with unless a party in interest properly objects to this

3 relief in the manner required by law and the Rules of this Court.

4    I declare under penalty of perjury under the laws of the State of California that the

5 foregoing is true and correct.

6    Executed this 1st day of November, 2017, at Los Angeles, California.

7

8                                                        RICHARD K. DIAMOND

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"

| Debtor | **Silla Automotive, LLC** | | Case number *(if known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| 2954 Pallet Rack Cross Beams | Unknown | | Unknown |
| 2614 Wire Decks | $0.00 | | Unknown |
| 21 Small pallet rack upright frames | $0.00 | | Unknown |

**41.** Office equipment, including all computer equipment and communication systems equipment and software

| | | | |
|---|---|---|---|
| 124 computers | $0.00 | | Unknown |
| 154 computer monitors | $0.00 | | Unknown |
| 32 All in one desktop printers | $0.00 | | Unknown |
| 9 Canon printers | $0.00 | | Unknown |
| 2 laptops | $0.00 | | Unknown |
| 9 trend net cameras | $0.00 | | Unknown |
| Stamp machine | $0.00 | | Unknown |
| 20 Data Printers | $0.00 | | Unknown |
| 25 phones | Unknown | | Unknown |
| 50 Security Cameras | $0.00 | | Unknown |
| Camera for Online | $0.00 | | Unknown |
| 15 Servers | $0.00 | | Unknown |
| 7 Phone switches | $0.00 | | Unknown |
| Phone Server | $0.00 | | Unknown |
| 10 Network Switches | $0.00 | | Unknown |
| Fire Wall | $0.00 | | Unknown |
| 4 Server Batteries | $0.00 | | Unknown |
| 1242 Lunch Cards $5.00-10.00 each | $0.00 | | Unknown |

**EXHIBIT "2"**

Debtor    **Silla Automotive, LLC**                                          Case number *(if known)* _____
                  Name

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **1245 Subway and Domino's lunch cards ($5-10 each)**                    $6,225.00

78.  **Total of Part 11.**                                                     $6,225.00
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ORDER: AUTHORIZING SALE OF ESTATE PROPERTY: GIFT CARDS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF RICHARD K. DIAMOND IN SUPPORT OF MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  November 2, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⌧ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:  On  November 2, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⌧ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  November 2, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY BY ALSSI ON NOVEMBER 3, 2017:
The Honorable Ernest Robles
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 2, 2017 | Vivian Servin | |
| *Date* | *Printed Name* | *Signature* |

1454642.1  1714364A

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Richard K Diamond (TR)**   RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com
- **Ofer M Grossman**   omglaw@gmail.com
- **Howard Kollitz**   HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com
- **James R Selth**   jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Zev Shechtman**   zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

<u>Debtor</u>
Silla Automotive, LLC
21143 Hawthorne Blvd., #121.
Torrance, CA 90503-4615

### LIST OF ALL CREDITORS

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Enterprise FM Trust
c/o Law Offices of Ofer M. Grossman
P.O. Box 5576
Santa Monica, CA 90409-5576

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

1330 Livingston Ave., Inc.
409 Joyce Kilmer Ave.
New Brunswick, NJ 08901-3363

1and1.com
701 Lee Road
Chesterbrook, PA 19087-5612

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T
P.O. Box 5025
Carol Stream, IL 60197-5025

AT&T
P.O. Box 6463
Carol Stream, IL 60197-6463

Ally Financial
P.O. Box 78234
Phoenix, AZ 85062-8234

Amazon.com
P.O. Box 81226
Seattle, WA 98108-1300

American Express
P.O. Box 297871
Fort Lauderdale, FL 33329-7871

American Tire & Brake
4501 El Cajon Blvd.
San Diego, CA 92115-4314

Azusa Light & Water
P.O. Box 7030
Artesia, CA 90702-7030

Bank of America
Attn: Bankruptcy Department
P.O. Box 9000
Getzville, NY 14068-9000

Barbob Properties LLC
1282 Pangburn Rd.
Schenectady, NY 12306-5853

Berkshire Hathaway
P.O. Box 844501
Los Angeles, CA 90084-4501

Best Ocean
1300 Valley Vista Dr., Suite 203
Diamond Bar, CA 91765-3940

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**

Bexar County Tax Assessor-Collector
233 N. Pecos La Trinidad
San Antonio, TX 78207-3177

Biying Heat Exchange Co.
No.7 , Dangang Zhong Rd.
Dagang Industrial District NETD
Beilun, Ningo 315800
CHINA

C.H. Robinson
P.O. Box 9121
Minneapolis, MN 55480-9121

CPACinc.com
4749 E. Wesley Dr.
Anaheim, CA 92807-1941

California Water Service
2632 W. 237th Street
Torrance, CA 90505-5290

California Water Services
P.O. Box 940001
San Jose, CA 95194-0001

CarPart.com
P.O. Box 367
Florence, KY 41022-0367

Century Link
P.O. Box 2961
Phoenix, AZ 85062-2961

China Bhec
A1206 No. 13 Beiyuan Road No. 1
Chaoyuangqu
Beijing 100012
CHINA

China Export and Credit Ins. Corp.
Fortune Times Building
11 Fenghuiyuan, Xicheng District
Beijing 100033
CHINA

China National Auto. Orient Ent.
17/F., Hongxiang Bldg.
258 Hubinnan Road
Xiamen, Fujian 361004
CHINA

Cisco Systems Capital Corporation
P.O. Box 41602
Philadelphia, PA 19101-1602

Cisco, Inc.
1702 Townhurt Drive
Houston, TX 77043-2811

City Of Los Angeles
Office Of Finance
P.O. Box 513996
Los Angeles, CA 90051-3996

City of Hawthorne
4455 W. 126th St.
Hawthorne, CA 90250-4417

City of Los Angeles
P.O. Box 30879
Los Angeles, CA 90030-0879

City of Phoenix
P.O. Box 29100
Phoenix, AZ 85038-9100

City of Sacramento
915 I St., Room 1214
Sacramento, CA 95814

City of San Jose
P.O. Box 11023
San Jose, CA 95103-1023

CleaningContract.com, Inc.
1515 7th St. #100
Santa Monica, CA 90401-2605

Comcast
P.O. Box 660618
Dallas, TX 75266-0618

Compton Fire Department
201 S. Acacia St.
Compton, CA 90220-3102

Compton Municipal Utility Division
205 S. Willowbrook Ave.
Compton, CA 90220-3134

DMV Renewal
P.O. Box 942894
Sacramento, CA 94294-0894

Dallas County Tax Office
1201 Elm St., Suite 2600
Dallas, TX 75270-2125

Dallas County Tax Office
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Daum Commercial
3595 Inland Empire Blvd., Bldg. 5
Ontario, CA 91764-5921

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

David C. Snell
1250 NE Loop 410, Suite 725
San Antonio, TX 78209-1535

Dekalb County Tax Commissioner
4380 Memorial Dr., Suite 100
Decatur, GA 30032-1239

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dell Software Inc.
P.O. Box 731381
Dallas, TX 75373-1381

Don A. Leviton
The Leviton Law Firm, Ltd.
3 Golf Center, Suite 361
Hoffman Estates, IL 60169-4910

Donald S. Ryan
20 Brace Rd.
Cherry Hill, NJ 08034-2634

Douglas T. Richardson
5753G E Santa Ana Canyon Rd., #542
Anaheim, CA 92807-3296

Driver's Alert
P.O. Box 50079
Pompano Beach, FL 33074-0079

Dye Lih Technology  Co., Ltd.
1F., No. 154, Lin 12 Kuang Fu vill
Kuan Yin Hsiang
Taoyuan
TAIWAN

East West Bank
9300 Flair Drive, 5th Floor
El Monte, CA 91731-2843

Enterprise FM Trust
P.O. Box 800089
Kansas City, MO 64180-0089

Ernesto Williams
c/o John M. Demas
701 Howe Ave., Suite A-1
Sacramento, CA 95825-4604

Express Employment Professionals
P.O. Box 844277
Los Angeles, CA 90084-4277

Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit
P.O. Box 542000
Omaha, NE 68154-8000

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Gerber & Co.
1880 Century Park East, Suite 200
Los Angeles, CA 90067-1602

Glenmont Properties, Ltd.
8811 Crazy Horse Trail
Houston, TX 77064-7148

GoDaddy
14455 N. Hayden Rd., Suite 219
Scottsdale, AZ 85260-6947

Green Trucking
15501 Texaco Ave.
Paramount, CA 90723-3921

Guangdong Xin Tongshi Inventory Therm
Lianhe Village 106 National Highway
Tangtang Town Forgang County
Qingyuan City 511500
CHINA

Hamann Property Management, Inc.
1000 Pioneer Way
El Cajon, CA 92020-1923

Hanmi Bank
2001 W. Redondo Beach Blvd.
Gardena, CA 90247-3653

Harlingen Tax Office
35 Providencia Court
Brownsville, TX 78526-0218

Harlingen Tax Office
P.O. Box 2643
Harlingen, TX 78551-2643

Harris County Tax Office
P.O. Box 3064
Houston, TX 77253-3064

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Health Net of California
21650 Oxnard St.
Woodland Hills, CA 91367-4901

Henry C. Wong
1499 Huntington Dr., Suite 318
South Pasadena, CA 91030-5451

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Joe Perez
c/o Ademola M. Okusanya
9631 Business Center Dr., Suite G
Rancho Cucamonga, CA 91730-4545

John Euler
c/o Hanna Vander Ploeg, LLC
20 N. Clark St., Suite 3100
Chicago, IL 60602-5099

Kamran Staffing Inc.
17932 S. Avalon Blvd
Carson, CA 90746-1501

Kamran Staffing Inc.
800 N. Haven Ave., Suite 425
Ontario, CA 91764-4919

Karla Kilpatrick
c/o Richard J. Ryan
4001 W. 95th St., Suite 200
Oak Lawn, IL 60453-3590

Linebarger Goggan Blair & Sampson
P.O. Box 659443
San Antonio, TX 78265-9443

Los Angeles County Assessor
500 W. Temple St.
Los Angeles, CA 90012-3550

Los Angeles County Tax Collector
1401 East Willow St.
Signal Hill, CA 90755-3543

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Los Angeles Dumpster Rental
645 W, 9th St., Unit 110-142
Los Angeles, CA 90015-1640

M. T. Mobile Field Services, Inc.
P.O. Box 1012
Torrance, CA 90505-0012

McGarry & Laufenberg
615 N. Nash St., Suite 305
El Segundo, CA 90245-2850

Meade Properties, LLC
6834 N. Crescent Blvd.
Pennsauken, NJ 08110-1540

Michele L. Ross
560 Sylvan Ave., Suite 1135
Englewood Cliffs, NJ 07632-3160

Modesto Irrigation
P.O Box 5355
Modesto, CA 95352-5355

Montclair Business Park
c/o Regency Realty
16775 Von Karman Ave.
Irvine, CA 92606-4967

NASA Services
P.O. Box 1755
Montebello, CA 90640-7755

NSS
14761 Franklin Ave
Suite A
Tustin, CA 92780-7222

NATIONAL FUEL GAS DISTRIBUTION
CORPORATION
ATTN BANKRUPTCY DEPT
6363 MAIN STREET
WILLIAMSVILLE NY 14221-5887

National Security Systems, Inc.
14761 Franklin Ave., Suite A
Tustin, CA 92780-7222

Network Soultions
13861 Sunrise Valley Dr., Suite 300
Herndon, VA 20171-6126

New Generation Auto Parts Inc.
529 63rd St.
Brooklyn, NY 11220-4607

New Jersey Dept. of Labor
Division of Employee Accounts
P.O. Box 059
Trenton, NJ 08646-0059

North Carolina Secretary of State
P.O. Box 29622
Raleigh, NC 27626-0622

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

O K Container Sales
2707 E. Valley Blvd. #305
West Covina, CA 91792-3198

OPL Auto Parts, Inc.
15370 Fairfield Ranch Rd., Suite I
Chino Hills, CA 91709-8829

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 EAST BROAD STREET
COLUMBUS OHIO 43215-3414

Oklahoma County Treasurer
P.O. Box 268875
Oklahoma City, OK 73126-8875

Oklahoma Property Tax
320 Robert S. Kerr, #313
Oklahoma City, OK 73102-3441

Oklahoma Secretary of State
421 N.W. 13th St., Suite 210
Oklahoma City, OK 73103-3759

OKLAHOMA TAX COMMISSION
GENERAL COUNSEL S OFFICE
100 N BROADWAY AVE SUITE 1500
OKLAHOMA CITY OK 73102-8601

OnTrac
250 Utah Ave.
South San Francisco, CA 94080-6801

Orange County Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

Orkin Pest Control
P.O. Box 7161
Pasadena, CA 91109-7161

PG & E
P.O. Box 997300
Sacramento, CA 95899-7300

Palomar Mountain Water
1270 W. Mission Rd.
Escondido, CA 92029-1401

Paypal Credit Services
P.O. Box 5138
Timonium, MD 21094-5138

Pisheng Auto Parts Ind.( Ningbo)Ltd
No. 268 Ba Tou Xi Rd.,
Da Qi, Beilun
Ninbgo 315806
CHINA

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Global Financial Serv.
P.O. Box 371887
Pittsburgh, PA 15250-7887

Property Assessor Nashville County
P.O. Box 196305
Nashville, TN 37219-6305

Protection One Security Solutions
P.O. Box 872987
Kansas City, MO 64187-2987

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

Qingdao Aotrad Auto Parts Co. Ltd
Room 101, Unit 1 No. 64
Fenghua Road
Qingdao, Shandong 266071
CHINA

Qingdao Unifit
Linquanzhuang Industrial Estate
Linquanzhuang Town, Laixi City
Qingdao 266604
CHINA

Rackspace US, Inc.
1 Fanatical Place
San Antonio, TX 78218-2179

Recology Los Angeles
P.O. Box 1081
Sun Valley, CA 91353-1081

Republic Services
P.O. Box 78829
Phoenix, AZ 85062-8829

Richard J. Cahan
1620 Red Bud Lane, Suite 201
Round Rock, TX 78664-0201

SMUD
P.O. Box 15555
Sacramento, CA 95852-1555

Sacramento Municipal Utility Dist.
P.O. Box 15830
Sacramento, CA 95852-0830

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

San Diego Gas And Electric
8326 Century Park Ct.
San Diego, CA 92123-1576

San Gabriel Valley Water Company
P.O. Box 5970
El Monte, CA 91734-1970

Sanford L. Dow
2700 Post Oak Blvd., Suite 1750
Houston, TX 77056-5715

Sarah Tribble
364 S. Meadowbrook Dr, Apt. 25H
San Diego, CA 92114-7655

Sealed Air
2415 Cascade Pointe Blvd.
Charlotte, NC 28208-6899

Sealed Air Corporation
26077 Network Place
Chicago, IL 60673-1260

Share A Sale
15 W. Hubbard St., Suite 500
Chicago, IL 60654-7938

Shelby County Assessor of Property
1075 Mullins Station Road
Memphis, TN 38134-7730

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Southgas
P.O. Box 98890
Las Vegas, NV 89193-8890

Southwest Gas Corporation
attn Bankruptcy Desk
PO Box 1498
Victorville CA 92393-1498

Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579

CALIFORNIA STATE BOARD OF
EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

State of Michigan
Dept. of Licensing and Reg. Affairs
P.O. Box 30057
Lansing, MI 48909-7557

State of Nevada Secretary of State
202 N. Carson St.
Carson City, NV 89701-4201

State of Ohio
6245 Emerald Parkway, Suite B
Dublin, OH 43016-3311

Steve's Towing
9529 E. 8th St.
Rancho Cucamonga, CA 91730-4504

Summit Financial Resources, L.P.
2455 E. Parleys Way, Suite 200
Salt Lake City, UT 84109-1252

Sun Bay International
1149 W. 190th St., Suite 2150
Gardena, CA 90248-4371

TSC Staffing Solutions
1451 W. Artesia Blvd., Suite 9-A
Gardena, CA 90248-3232

Taian Golden Resource Imp & Exp.
131 Jiuxing Street
Shengzhuang Industrial Park
Taian, Shandong 271000
CHINA

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
REVENUE ACCOUNTING DIV -
BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Gas Company
P.O. Box C
Monterey Park, CA 91756-0001

The Toll Roads
P.O. Box 57011
Irvine, CA 92619-7011

Time Warner
P.O. Box 60074
City of Industry, CA 91716-0074

Tokio Marine America
230 Park Ave.
New York, NY 10169-0499

Tokio Marine America
P.O. Box 7777
Philadelphia, PA 19175-2117

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9013-3.1.PROOF.SERVICE

Tom Yung Kong Hseun
No 268 Ba Tou Xi Road
Da Qi Beilun
Ningbo 315806
CHINA

Top Hay, LLC
1217 W. Artesia Blvd.
Compton, CA 90220-5305

Top Hay, LLC
9999 Bellaire Blvd., Suite 8b
Houston, TX 77036-3579

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Union Stockyards San Antonio Inc.
1716 S. San Marcos St., Room #221
San Antonio, TX 78207-7085

University Technology Center LP
1000 Pioneer Way
El Cajon, CA 92020-1923

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Verizon
P.O. Box 920041
Dallas, TX 75392-0041

WEX Inc.
225 Gorham Rd.
South Portland, ME 04106-2408

Waste Management
P.O. Box 541065
Los Angeles, CA 90054-1065

Waste Management
P.O. Box 78251
Phoenix, AZ 85062-8251

Wright Express
P.O. Box 6293
Carol Stream, IL 60197-6293

XO Communications
13865 Sunrise Valley Dr.
Herndon, VA 20171-6187

Xcel Energy
P.O. Box 9477
Minneapolis, MN 55484-9477

Xpress Graphics Inc.
17226 S. Figueroa St.
Gardena, CA 90248-3023

Yihetec
Chuangye Dadao, Gongyequ
Heqiao, Yixing
Jiangsu 214211
CHINA

Yijia Wang
East West Bank
15333 Culver Dr.
Irvine, CA 92604-7142

myFitment, LLC
P.O. Box 487
Wake Forest, NC 27588-0487

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.