| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ZEV SHECHTMAN (State Bar No. 266280)<br>zs@dgdk.com<br>DANNING, GILL, DIAMOND & KOLLITZ, LLP<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, California 90067<br>Telephone (310) 277-0077<br>Facsimile (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Richard K. Diamond, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SILLA AUTOMOTIVE, LLC,<br><br>Debtor(s). | CASE NO.: 2:17-bk-14364-ER<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| Sale Date: 09/04/2019 | Time: 10:00 am |
|---|---|
| Location: Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012 ||

**Type of Sale:**  ☒ Public   ☐ Private    **Last date to file objections:** 08/23/2019

**Description of property to be sold:**

Known and unknown assets or claims which have not been previously sold, assigned or transferred.

**Terms and conditions of sale:**

Subject to overbid.

**Proposed sale price:** $ 5,200.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                                          F 6004-2.NOTICE.SALE

**Overbid procedure (*if any*)**: Notify Trustee; first overbid must br $6,250.00, cashier's checks required for all bids, overbids must be in increments of $1,000.00, same terms and conditions as current purchaser.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
September 4, 2019 at 10:00 a.m. in Courtroom 1568, 255 E. Temple Street, Los Angeles, California 90012

**Contact person for potential bidders** (*include name, address, telephone, fax and/or email address*):
Zev Shechtman, Esq.
Danning, Gill, Diamond & Kollitz, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067
Tel.: (310) 277-0077
Fax: (310) 277-5735
Email: zs@dgdk.com

Date: 08/06/2019

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 2                                    F 6004-2.NOTICE.SALE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF SALE OF ESTATE PROPERTY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 8, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 8, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 8, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PERSONAL DELIVERY – ALSSI TO BE DELIVERED BY 8/9/19
The Honorable Ernest M. Robles
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1560
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 8, 2019 | Vivian Servin | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Richard K Diamond (TR)
RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com

Christopher J Fortier on behalf of Creditor Los Angeles County Treasurer & Tax Collector
bankruptcy@ttc.lacounty.gov

Ofer M Grossman on behalf of Creditor Enterprise FM Trust
omglaw@gmail.com

Thomas P Jeremiassen (TR)
tjeremiassen@dsi.biz, ntroszak@dsi.biz;rdizon@dsi.biz

Howard Kollitz on behalf of Trustee Richard K Diamond (TR)
HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com

Randall P Mroczynski on behalf of Creditor Ford Motor Credit Company LLC
randym@cookseylaw.com

James R Selth on behalf of Debtor Silla Automotive, LLC
jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com

Zev Shechtman on behalf of Creditor Danning, Gill, Diamond & Kollitz, LLP
zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party Courtesy NEF
zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Trustee Richard K Diamond (TR)
zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Sonia Singh on behalf of Trustee Richard K Diamond (TR)
ss@dgdk.com, danninggill@gmail.com,ssingh@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

Henry C Wong on behalf of Creditor Top Hay LLC
hcwlaw@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**2. SERVED BY U.S. MAIL**

*Debtor*
**Silla Automotive, LLC**
21143 Hawthorne Blvd., #121.
Torrance, CA 90503

**Attorney for Creditor Gerber & Co.**
SulmeyerKupetz
333 South Grand Avenue Suite 3400
Los Angeles, CA  90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**