# United States Bankruptcy Court
# Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, September 4, 2019**                                         **Hearing Room    1568**

<u>10:00 AM</u>
**2:17-14364**    Silla Automotive, LLC                                                        Chapter 7

**#1.00**    HearingRE: [180] Motion For Sale of Property of the Estate under Section 363(b) - No Fee Notice Of Motion And Motion Of Chapter 7 Trustee For An Order Approving The Sale Of Certain Assets Of The Debtors Estate Free And Clear Of Liens, Claims, Interests, And Encumbrances Pursuant To 11 U.S.C. §§ 105 And 363 And Related Relief; Memorandum Of Points And Authorities; And Declaration Of Richard K. Diamond In Support Thereof, with Proof of Service  (Shechtman, Zev)

Docket    180

**Matter Notes:**

9/4/2019

The tentative ruling will be the order.
 Within seven days of the hearing, the Trustee shall submit a conforming order incorporating the tentative ruling by reference.

**POST PDF OF TENTATIVE RULING TO CIAO**

**Tentative Ruling:**

9/3/2019

For the reasons set forth below, the sale of the Remnant Assets to Oak Point for $5,200.00 is APPROVED.

**Key Sale Terms:**
1) Proposed purchaser: Oak Point Partners, LLC
2) Property for sale: Remaining assets of the estate, excluding cash, Goods (as that term is defined in § 9-102(a)(44) of the Uniform Commercial Code), and the purchase price of the remaining assets
3) Purchase price: $5,200.00

# United States Bankruptcy Court
## Central District of California
Los Angeles
**Judge Ernest Robles, Presiding**
**Courtroom 1568 Calendar**

**Wednesday, September 4, 2019**                                                                  Hearing Room    1568

<u>10:00 AM</u>
**CONT...**     **Silla Automotive, LLC**                                                                                    **Chapter 7**
    4)  Overbids: No overbids have been timely submitted

**Pleadings Filed and Reviewed:**
1) Notice of Motion and Motion of Chapter 7 Trustee for an Order Approving the Sale of Certain Assets of the Debtor's Estate Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §§ 105 and 363 and Related Relief [Doc. No. 180] (the "Sale Motion")
    a) Notice of [Sale Motion] [Doc. No. 181]
    b) Notice of Sale of Estate Property [Doc. No. 183]
2) Reply and Statement in Support of [Sale Motion] [Doc. No. 184]

## I. Facts and Summary of Pleadings
    Silla Automotive, LLC (the "Debtor") filed a voluntary Chapter 7 petition on April 10, 2017. The Chapter 7 Trustee (the "Trustee") moves to sell the remaining assets of the estate, excluding (1) cash, (2) any and all Goods (as that term is defined in § 9-102(a)(44) of the Uniform Commercial Code), and (3) the purchase price of the remaining assets (the property to be sold, the "Remnant Assets"). The only Remnant Assets of which the Trustee is aware are certain auto parts. The Trustee previously retained a broker to sell the auto parts, but to date has received only $2,800.00 from such sales. The Trustee has been advised that the remaining auto parts are dated and that sales of those parts can only be made occasionally. The Trustee asserts that the sale of the Remnant Assets provides an efficient means to close the case, while avoiding the expense associated with reopening the case in the future to administer later-discovered assets.
    The proposed purchaser is Oak Point Partners, LLC ("Oak Point"). The purchase price is $5,200.00. The sale is subject to overbids; however, no overbidders contacted the Trustee within the deadline set forth in the Sale Motion. Accordingly, the Trustee requests that appearances at the Sale Hearing be waived.
    No opposition to the Sale Motion is on file.
## II. Findings and Conclusions
    Section 363(b) permits the Trustee to sell estate property out of the ordinary course of business, subject to court approval. The Trustee must articulate a business justification for the sale. *In re Walter*, 83 B.R. 14, 19–20 (9th Cir. BAP 1988). Whether the articulated business justification is sufficient "depends on the case," in view of "all salient factors pertaining to the proceeding." *Id.* at 19–20.
    The Trustee has demonstrated sufficient business justification for the sale. The

# United States Bankruptcy Court
## Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, September 4, 2019**                                                                 Hearing Room    1568

<u>10:00 AM</u>
**CONT...      Silla Automotive, LLC                                                                                      Chapter 7**

sale is consistent with the Trustee's statutory obligation to liquidate the estate's assets.

Section 363(f) provides that estate property may be sold free and clear of liens, claims, and interests, providing one of the following conditions is satisfied:

1) Applicable nonbankruptcy law permits sale of such property free and clear of such interest;
2) Such entity consents;
3) Such interest is a lien and the price at which such property is sold is greater than the aggregate value of all liens on such property;
4) Such interest is in bona fide dispute; or
5) Such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

The Trustee's UCC search has not revealed any liens asserted against the Remnant Assets. To the extent that any liens are asserted against the Remnant Assets in the future, the Court finds that any such lien would be in bona fide dispute. Pursuant to § 363(f)(4), the sale is free and clear of any liens which may exist against the Remnant Assets.

The Sale Motion advised overbidders that they were required to contact the Trustee by no later than fourteen days prior to the hearing if they wished to submit an overbid. The Sale Motion advised interested parties that no auction would take place if the Trustee did not receive a timely bid from a qualified overbidder. The Trustee has filed a statement indicating that no overbids have been received. Therefore, the Court will approve the sale of the Remnant Assets to Oak Point, will not conduct an auction, and will waive appearances at the Sale Hearing.

Notwithstanding Bankruptcy Rule 6004(h), the order approving the sale shall be effective immediately upon entry.

Having reviewed the declaration of the Trustee submitted in support of the Sale Motion, the Court finds that the sale to Oak Point was negotiated at arm's length and in good faith. Oak Point is entitled to the protections of § 363(m) as a good-faith purchaser.

Based upon the foregoing, the Sale Motion is GRANTED. Within seven days of the hearing, the Trustee shall submit a conforming order incorporating this tentative ruling by reference.

No appearance is required if submitting on the court's tentative ruling. If you

# United States Bankruptcy Court
# Central District of California
Los Angeles
Judge Ernest Robles, Presiding
Courtroom 1568 Calendar

**Wednesday, September 4, 2019**                                                                 **Hearing Room   1568**

**10:00 AM**
**CONT...        Silla Automotive, LLC                                                                         Chapter 7**

intend to submit on the tentative ruling, please contact Jessica Vogel or Daniel Koontz at 213-894-1522. **If you intend to contest the tentative ruling and appear, please first contact opposing counsel to inform them of your intention to do so.** Should an opposing party file a late opposition or appear at the hearing, the court will determine whether further hearing is required. If you wish to make a telephonic appearance, contact Court Call at 888-882-6878, no later than one hour before the hearing.

|**Party Information**|
|---|

**Debtor(s):**

   Silla Automotive, LLC                    Represented By
                                                     James R Selth

**Trustee(s):**

   Richard K Diamond (TR)                Represented By
                                                     Howard Kollitz
                                                     Zev Shechtman
                                                     Sonia Singh